UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE CUNNINGHAM,         ) | |
| ) | |
| Movant/Defendant,   ) | |
| ) | |
| vs.                       ) | Case Number:  CV 08-S-8031-S |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent.         ) | |

**MEMORANDUM OPINION AND ORDER**

This case is before the court on the motion to vacate, set aside or correct a sentence filed by petitioner, Eddie Cunningham, pursuant to 28 U.S.C. § 2255. (Doc. no. 1). On February 29, 2012, the magistrate judge filed a report and recommendation recommending that the motion be denied. (Doc. no. 24). On March 8, 2013, the magistrate judge filed a supplemental report and recommendation. (Doc. no. 28). No objections have been filed to either report and recommendation.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the supplemental report and recommendation, the court is of the opinion that the reports are due to be, and they hereby are, ADOPTED, and the recommendations ACCEPTED. Consequently, the motion to vacate, set aside or correct a sentence is DENIED and this case is DISMISSED with prejudice. The clerk is directed to close this file.